# United States Court of Appeals

**For the Seventh Circuit**
Chicago, Illinois 60604

April 24, 2007

**Before**

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 05-3978

| | |
|---|---|
| KEITH MILLER,<br>    *Petitioner-Apellant,*<br><br>    v.<br><br>WALTER E. MARTIN,<br>    *Respondent-Appellee* | Appeal from the United States District Court for the Northern District of Indiana, Fort Wayne Division<br><br>No. 1:04-CV-028-TS<br><br>Theresa L. Springmann,<br>*Judge.* |

## O R D E R

On the motion of the appellee, the opinion issued in the above-entitled case on March 15, 2007 is hereby amended as follows:

On page 10, the last paragraph of Section II is hereby excised from the opinion of the court.